95 A.3d 272

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Eric DUNN, Respondent.**

Supreme Court of Pennsylvania.

July 1, 2014.

## ORDER

PER CURIAM.

AND NOW, this 1st day of July, 2014, it is hereby ordered that the Petition for Allowance of Appeal is **GRANTED,** the decision of the Superior Court is **VACATED,** and the matter is **REMANDED** to that court in light of this Court's decision in *Commonwealth v. Gary,* 91 A.3d 102 (Pa.2014). *See Gary,* at 138 (holding Pennsylvania law governing warrantless searches of motor vehicles is coextensive with federal law). Jurisdiction relinquished.